You You You There's a
judges: Bybee, N.R. Smith, Hellerstein